IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                                  CASE NO.: 4:01cr42-SPM/AK

JOSE MIKEL SMITH,

     Defendant.
_____/

## **ORDER**

This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation dated November 21, 2005 (doc. 43). Defendant has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.  The magistrate judge's report and recommendation (doc. 43) is ADOPTED and incorporated by reference in this order.

2.  Defendant's motion to vacate, set aside, or correct sentence pursuant

to 28 U.S.C. § 2255 (doc. 42) is denied.

DONE AND ORDERED this 3rd day of January, 2006.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge